# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-2376
_____

Michael David Logering; Wendy Ann Acker,

*Plaintiffs - Appellants*,

v.

Morrison County Sheriff's Office; Shawn Larsen, Sheriff; in capacity of Morrison County Sheriff's Department; Jason McDonald, Deputy; in capacity of Morrison County Sheriff's Department; Joel Gross, Sargeant; in capacity of Morrison County Sheriff's Department; Hasten Warnberg; Rick Matteson, Deputy; in capacity of Morrison County Sheriff's Department; Jason Worlie, Chief Deputy; in capacity of Morrison County Sheriff's Department; Dave Kicker, in the capacity of Morrison County Sheriff's Department; Mary Swenson, in the capacity of Morrison County Sheriff's Department; Tony Athman, in the capacity of Morrison County Sheriff's Department; Bill Vanden Avond, in the capacity of Morrison County Sheriff's Department; Brady Pundsack, in the capacity of Morrison County Sheriff's Department,

*Defendants - Appellees*,

Eric Hanneken, Chief of Police; in capacity of Morrison County Sheriff's Department; Calvin Tschida, Officer; in capacity of Pierz Police Department under direction from Morrison County Sheriff's Department primary officer on scene; Brad Bordwell; Daniel Owens, Trooper; in capacity of Minnesota State Patrol, under direction from Morrison County Sheriff's Department primary officer on scene; Jason T. Brown, Trooper SP477; in capacity of Minnesota State Patrol, under direction from Morrison County Sheriff's Department primary officer on scene; David Kalis, Deputy; in capacity of Morrison County Sheriff's Department; All Other Law Enforcement, on scene 8/24/2020 identified on squad cam in the

city of Pierz, Morrison County surrounding the Logering residence 310 South Main Street Pierz, MN 56364,

*Defendants.*

————————

Appeal from United States District Court
for the District of Minnesota

————————

Submitted: December 13, 2023
Filed: December 18, 2023
[Unpublished]

————————

Before COLLOTON, BENTON, and KELLY, Circuit Judges.

————————

PER CURIAM.

Michael David Logering and Wendy Ann Acker appeal after the district court[1] dismissed their civil action for failure to state a claim and as frivolous, and declined to exercise supplemental jurisdiction over any remaining state-law claims. Having reviewed the record and the parties' arguments on appeal, we conclude that there is no reversible error. *See* 28 U.S.C. §§ 1915(e)(2)(B), 1367(c)(3); *Moore v. Sims*, 200 F.3d 1170 (8th Cir. 2000) (per curiam) (standard of review).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny the pending motion for injunctive relief as moot.

————————————————

---

[1]The Honorable Jerry W. Blackwell, United States District Judge for the District of Minnesota.